IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADLEY BOMGARDNER d/b/a : CIVIL ACTION
BRAD BOMGARDNER CONCRETE :
:
v. :
:
STATE FARM FIRE AND :
CASUALTY, et al. : NO. 10-1287

ORDER

AND NOW, this 14th day of September, 2010, upon consideration of the defendants' motion to dismiss the plaintiff's complaint (Docket No. 3), the plaintiff's opposition and the defendants' reply thereto, and oral argument on the parties' motions, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss is GRANTED, and this case is DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.